**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION**

**ANASTASIA HOLOBINKO** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:25-CV-387-TSL-MTP**

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY** **DEFENDANT**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff Anastasia Holoblinko (Plaintiff) and the Defendant the Mississippi Department of Public Safety (Defendant), by and through counsel, and hereby stipulate and agree that in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims in the above-referenced action may be dismissed with prejudice, with each party to bear its own costs.

RESPECTFULLY SUBMITTED, this the 23rd day of December, 2025.

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY, *Defendant***

**LYNN FITCH, ATTORNEY GENERAL STATE OF MISSISSIPPI**

*/s/ Lindsay Thomas Dowdle*
Special Assistant Attorney General
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
LINDSAY DOWDLE (MSB #102873)
WILLIAM C. IVISON (MSB#104213)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
601-359-3020
Lindsay.dowdle@ago.ms.gov
Will.Ivison@ago.ms.gov

ANASTASIA HOLOBINKO, *Plaintiff*

*/s/ Nick Norris*
Nick Norris, P.A.
NICK NORRIS (MSB #101574)
272 Calhoun Station Pkwy
Suite C #13
Gluckstadt, Mississippi 39110
601-641-4897
nick@nicknorris.law

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this day caused to be filed via the Court's ECF system a true and correct copy of the above and foregoing document, which sent notification to all counsel of record.

This, the 23rd day of December, 2025.

*/s/ Lindsay Thomas Dowdle*___________
Special Assistant Attorney General